IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS K. MILLS,

    Plaintiff,　　　　　　　　　No. CIV S-05-0136 DFL CMK P

    vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.　　　　　　　<u>ORDER</u>

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's July 8, 2005 request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 15, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE